```
 1 | BENJAMIN B. WAGNER
   | United States Attorney
 2 | CHRIS CHANG
   | JEFFREY A. SPIVAK
 3 | Special Assistant U.S. Attorneys
   | 501 I Street, Suite 10-100
 4 | Sacramento, California  95814
   | Telephone: (916) 554-2700
 5 |
   | Attorneys for Plaintiff
 6 | United States of America
 7 |
 8 |
   |                    UNITED STATES DISTRICT COURT
 9 |
   |                FOR THE EASTERN DISTRICT OF CALIFORNIA
10 |
11 | UNITED STATES OF AMERICA,    )  Case No. 2:13-CR-0058-AC
   |                              )
12 |         Plaintiff,            )  STIPULATION REGARDING
   |                              )  EXCLUDABLE TIME PERIODS UNDER
13 |    v.                        )  SPEEDY TRIAL ACT;[PROPOSED]
   |                              )  FINDINGS AND ORDER
14 | MICHAEL R. HALL,             )
   |                              )
15 |         Defendant.           )
   |                              )
16 |
17 |
18 |     Plaintiff United States of America, by and through its
19 | counsel of record, and defendant, by and through his/her counsel
20 | of record, hereby stipulate as follows:
21 |     1.   This matter is set for a jury trial on April 8, 2013 at
22 | 9:00 am with a Trial Confirmation Hearing ("TCH") on March 25,
23 | 2013 at 2:00 pm.
24 |     2.   By this stipulation, defendant now moves to continue
25 | the jury trial until April 22, 2013 at 9:00 am with a TCH on
26 | April 8, 2013 at 9:00 am and to exclude time between April 1,
27 | 2013 and April 22, 2013 under Local Code T4.  The government does
28 | not oppose this request.
```

1      3. The parties agree and stipulate, and request that the
2 Court find the following:
3      a. The government has represented that the discovery
4          associated with this case includes significant volume
5          of documentary discovery evidence from State and
6          Federal law enforcement agencies. All of this
7          discovery has been either produced directly to counsel
8          and/or made available for inspection and copying.
9      b. Counsel for defendant desires additional time to
10         consult with his/her client, to conduct additional
11         investigation and research related to the charges, to
12         discuss potential resolutions with his/her client, to
13         consider pretrial motions, and to otherwise prepare for
14         trial.
15      c. Counsel for defendant believes that failure to grant
16         the above-requested continuance would deny him/her the
17         reasonable time necessary for effective preparation,
18         taking into account the exercise of due diligence.
19      d. The government does not object to the continuance.
20      e. Based on the above findings, the ends of justice served
21         by continuing the case outweigh the interest of the
22         public and the defendant in a trial within the original
23         date prescribed by the Speedy Trial Act.
24      f. For the purpose of computing time under the Speedy
25         Trial Act, 18 U.S.C. § 3161, <u>et seq.</u>, within which
26         trial must commence, the time period of April 1, 2013

to April 22, 2013, inclusive, is deemed excludable
                    pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code
                    T4] because it results from a continuance granted by
                    the Court at defendant's request on the basis of the
                    Court's finding that the ends of justice served by
                    taking such action outweigh the best interest of the
                    public and the defendant in a speedy trial.
     4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

DATED: March 20, 2013          BENJAMIN B. WAGNER
                               United States Attorney

                               By: /s/ Jeffrey A. Spivak
                               JEFFREY A. SPIVAK
                               Special Assistant U.S. Attorney

DATED: March 20, 2013          JOSEPH SCHLESINGER
                               Acting Federal Defender


                               (as authorized by D. Kia on
                               3/15/2013)
                               By: /s/ LINDA HARTER
                               LINDA HARTER
                               Attorney for Defendant


            [P̶ R̶ O̶ P̶ O̶ S̶ E̶ D̶] O R D E R

IT IS SO ORDERED:

DATED: March 20, 2013.


                               _____
                               ALLISON CLAIRE
                               UNITED STATES MAGISTRATE JUDGE